```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
NYHEAM JONES                    :        NO. 06-238
```

ORDER

AND NOW, this 28th day of September, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Nyheam Jones under 18 U.S.C. § 3582(c) is DENIED.

```
                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                    C.J.
```